502

Harry Leon **WILSON**, Jr., Appellant, v.
**UNITED STATES** of America,
Appellee.

No. 10680.

Circuit Court of Appeals, Ninth Circuit.

Feb. 8, 1944.

Wayne M. Collins and Theodore Tamba, both of San Francisco, Cal., for appellant.

Frank J. Hennessy, U. S. Atty., and Joseph Karesh, Asst. U. S. Atty., both of San Francisco, Cal., for appellee.

Before WILBUR, GARRECHT, MATHEWS, STEPHENS and HEALY, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulation of counsel for respective parties and good cause therefor appearing, it is ordered that the appeal herein be dismissed, that a judgment of dismissal be filed and entered accordingly and the mandate of this court issue forthwith.

**WINSTED HARDWARE MANUFACTUR-ING COMPANY**, Plaintiff-Appellant, v. **SAMSON–UNITED CORPORATION**, Defendant-Appellee.

No. 209.

Circuit Court of Appeals, Second Circuit.

March 29, 1944.

William J. Graham, of New York City (Donald L. Brown, of New York City, of counsel), for plaintiff-appellant.

Herbert J. Jacobi and Percy Freeman, both of New York City, for defendant-appellee.

Before CHASE, CLARK, and FRANK, Circuit Judges.

PER CURIAM.

Decree, 37 F.Supp. 1002, affirmed on opinion below.